1694-3

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| TERNITA D. ALSTON | ) |
| | )     Chapter |
| | )     06-13991 |
| | ) |
| | ) |

### RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes, Litton Loan Servicing, LLC and states as follows:

1) The Debtor has failed to make his post petition mortgage payments regarding the real estate located at 238 Hickory Street, Park Forest, Illinois 60466.

2) That since there is a post petition default the mortgage should not be considered fully reinstated.

3) The loan is post petition due for January 1, 2009. The following is due and owing:

   i. January 1, 2009 to March 1, 2009 at $1,350.20 for a total of $4,050.60;

   ii. $550.68 in late charges;

   iii. $450.00 in post petition bankruptcy fees;

   iv. $8.00 costs; and

   v. $749.80 in suspense.

Please note that the costs set forth in (iii) have not yet been proved up. That the total post petition default totals $3,758.80. That based upon their default the mortgage is not required to treat the mortgage reinstated and fully current.

Litton Loan Servicing, LLC,

By:  /s/ Mitchell A. Lieberman
Mitchell A. Lieberman
Noonan & Lieberman Ltd.
105 West Adams, Suite 3000
Chicago, Illinois 60603
(312) 431-1455